RUSSELL J. FRACKMAN (SBN 49087)
rjf@msk.com
CHRISTINE LEPERA (*pro hac vice* motion forthcoming)
ctl@msk.com
CHRISTINA E. DJORDJEVICH (SBN 262721)
cyd@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone:   (310) 312-2000
Facsimile:   (310) 312-3100

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL AUERBACH and PATRICK CARNEY (collectively and professionally known as "THE BLACK KEYS"); THE BLACK KEYS PARTNERSHIP d/b/a MCMOORE MCLESST PUBLISHING; and BRIAN BURTON p/k/a DANGER MOUSE individually and d/b/a SWEET SCIENCE, <br><br> Plaintiffs, <br><br> v. <br><br> PIZZA HUT, INC., a Delaware corporation; 30TH CENTURY MASTERS LLC, a Virginia limited liability company; THE MARTIN AGENCY, INC., a Virginia corporation; THE INTERPUBLIC GROUP OF COMPANIES, INC., a Delaware corporation; and DOES 1 – 10, inclusive, <br><br> Defendants. | CASE NO. CV12-05385 ODW (JCx) <br><br> **COMPLAINT FOR COPYRIGHT INFRINGEMENT** <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiffs Daniel Auerbach ("Auerbach") and Patrick Carney ("Carney") (collectively and professionally known as "The Black Keys"), Plaintiff The Black Keys Partnership d/b/a McMoore McLesst Publishing and Plaintiff Brian Burton

p/k/a Danger Mouse d/b/a Sweet Science ("Burton") (collectively, "Plaintiffs")
aver as follows:

## PRELIMINARY STATEMENT

1.    Plaintiffs bring this action seeking to put an immediate stop to, and to
obtain redress for, Defendants' blatant and purposeful infringement of the
copyright in Plaintiffs' musical composition entitled "*Gold On The Ceiling*."

2.    Plaintiffs are hugely successful musical artists and songwriters.
Plaintiffs Auerbach and Carney comprise the Grammy Award-winning, critically
acclaimed musical duo "The Black Keys," whose most recent album "*El Camino*"
debuted at Number 2 on the Billboard 200 Chart, has been certified Gold and has
sold more than 800,000 units.  Plaintiff Burton, professionally known as "Danger
Mouse," is also a lauded musical artist, songwriter and producer.  Burton formed
the enormously popular duo "Gnarls Barkley" and was named "Producer of the
Year" at the Grammy Awards in 2011.  "*Gold On The Ceiling,*" which was co-
written by the Plaintiffs, was released as the second single from the album "*El
Camino*."

3.    Recognizing Plaintiffs' popularity, talent and goodwill, and in a
brazen and improper effort to capitalize on Plaintiffs' hard-earned success,
Defendants have created and publicized (or caused to be created and publicized)
a commercial advertisement for "Cheesy Bites Pizza" which prominently
features significant portions of Plaintiffs' musical composition "*Gold On The
Ceiling*" without authorization from Plaintiffs.  Defendants' infringing
commercial advertisement can be viewed at
http://www.youtube.com/watch?v=YkaGEgjWdNI.

4.    Defendants' conduct is causing, and unless immediately enjoined will
continue to cause, enormous and irreparable harm to Plaintiffs.  Defendants may
not continue to exploit Plaintiffs' musical composition without authorization in

order to advertise products to the public. Defendants' conduct must immediately be stopped and Plaintiffs must be compensated for Defendants' willful acts of infringement.

## JURISDICTION AND VENUE

5.    This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101, et seq.

6.    This Court has subject matter jurisdiction over this copyright infringement action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

7.    This Court has personal jurisdiction over Defendants because, among other things, Defendants are doing business in the State of California and in this judicial district, the acts of infringement complained of herein occurred in the State of California and in this judicial district, and Defendants have caused injury to Plaintiffs and their intellectual property within the State of California and in this judicial district.

8.    Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and (c), and/or § 1400(a).

## THE PARTIES

9.    Plaintiff Auerbach is a musical artist and a songwriter, a co-author of the musical composition entitled "*Gold On The Ceiling*," and a legal and/or beneficial owner of a copyright interest in and to that musical composition.

10.    Plaintiff Carney is a musical artist and a songwriter, a co-author of the musical composition entitled "*Gold On The Ceiling*," and a legal and/or beneficial owner of a copyright interest in and to that musical composition.

11.    Plaintiff The Black Keys Partnership d/b/a McMoore McLesst Publishing is a copyright owner and claimant in and to the musical composition "*Gold On The Ceiling*."

12.     Plaintiff Burton, individually and d/b/a Sweet Science, is a musical artist, songwriter and producer, a co-author of the musical composition entitled "*Gold On The Ceiling*," and a legal and/or beneficial owner of a copyright interest in and to that musical composition.

13.     Defendant Pizza Hut, Inc. ("Pizza Hut"), is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Plano, Texas.  Pizza Hut does business throughout the United States, including in this judicial district.  Pizza Hut is engaged in the business of, among other things, advertising, marketing and selling pizza and other food items.

14.     Defendant 30th Century Masters LLC ("30th Century Masters") is a limited liability company organized and existing under the laws of the State of Virginia, with its principal place of business in Richmond, Virginia.  30th Century Masters is engaged in the business of, among other things, composing musical compositions in connection with commercial advertisements.

15.     Defendant The Martin Agency, Inc. ("The Martin Agency"), is a corporation organized and existing under the laws of the State of Virginia, with its principal place of business in Richmond, Virginia.   The Martin Agency is an advertising agency.

16.     Defendant The Interpublic Group of Companies, Inc. ("The Interpublic Group of Companies"), is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in New York, New York.  The Interpublic Group of Companies is engaged in the business of, among other things, providing advertising and marketing services.

17.     The true names and capacities, whether individual, corporate, associate, or otherwise, of defendants sued herein as Does 1 through 10, are unknown to Plaintiffs, who therefore sue said defendants by such fictitious names (the "Doe Defendants").  Plaintiffs will seek leave of Court to amend this complaint to state their true names and capacities when they have been ascertained.

Plaintiffs are informed and believe and on that basis aver that the Doe Defendants are liable to Plaintiffs as a result of their participation in all or some of the acts hereinafter set forth.  Pizza Hut, 30th Century Masters, The Martin Agency, The Interpublic Group of Companies and the Doe Defendants are referred to collectively herein as "Defendants."

18.   Plaintiffs are informed and believe and on that basis aver that at all times mentioned in this complaint, each of the Defendants was the agent and/or alter ego of each of the other Defendants and, in doing the things alleged in this complaint, was acting within the course and scope of such agency.

## GENERAL AVERMENTS

19.   Plaintiffs are the co-authors of the music and lyrics to the original musical composition "*Gold On The Ceiling*."  Plaintiffs own the rights and title to the copyright in the composition "*Gold On The Ceiling*" (the "Infringed Composition") as authors and through their publishing entities McMoore McLesst Publishing and Sweet Science.

20.   Plaintiffs filed an application for copyright registration with the United States Copyright Office for the musical composition "*Gold On The Ceiling*" on December 9, 2011, and are awaiting the issuance of a registration.  A true and correct copy of Plaintiffs' application for copyright registration is annexed hereto as Exhibit A.

21.   "*Gold On The Ceiling*" was recorded by The Black Keys in 2011, and was released as the second single from The Black Keys' seventh album entitled "*El Camino*," which album was released to the public in December 2011 by Nonesuch Records, a division of the Warner Music Group.

22.   In or around May 2012, it came to Plaintiffs' attention that Defendants and/or their agents reproduced, distributed, and/or publicly performed (and/or caused to be reproduced, distributed, and/or publicly performed) a substantial portion of the Infringed Composition without Plaintiffs' authorization in a

commercial advertisement for "Cheesy Bites Pizza," which can be viewed at http://www.youtube.com/watch?v=YkaGEgjWdNI (the "Infringing Advertisement").

23.    Defendants do not have any license, authorization, permission or consent to use the Infringed Composition.

24.    In fact, on May 30, 2012, through The Black Keys' exclusive publishing administrator Wixen Music Publishing, Inc., located in California, Plaintiffs provided written notice to Defendant Pizza Hut that the Infringing Advertisement constitutes infringement of Plaintiffs' rights and demanded that Defendant Pizza Hut immediately cease and desist from any further use of the Infringed Composition.  Plaintiffs are entitled to injunctive relief and redress for Defendants' willful, intentional and purposeful use and exploitation of the Infringed Composition for their own financial benefit with full knowledge that such use constituted infringement of, and was in disregard of, Plaintiffs' rights.

## COUNT I

## COPYRIGHT INFRINGEMENT

## (17 U.S.C. §§ 106 and 501)

(By Plaintiffs Against Defendants)

25.    Plaintiffs incorporate herein by this reference each and every averment contained in paragraphs 1 through 24, inclusive.

26.    Through their conduct averred herein, Defendants have infringed Plaintiffs' copyright in the Infringed Composition in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

27.    Defendants' acts of infringement are willful, intentional and purposeful, in disregard of and with indifference to Plaintiffs' rights.

COMPLAINT FOR COPYRIGHT INFRINGEMENT

28.     As a direct and proximate result of said infringement by Defendants, Plaintiffs are entitled to damages in an amount to be proven at trial.

29.     Plaintiffs are also entitled to Defendants' profits attributable to the infringement, pursuant to 17 U.S.C. § 504(b), including an accounting of and a constructive trust with respect to such profits.

30.     Plaintiffs further are entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505 and otherwise according to law.

31.     As a direct and proximate result of the foregoing acts and conduct, Plaintiffs have sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law.  Plaintiffs are informed and believe and on that basis aver that unless enjoined and restrained by this Court, Defendants will continue to infringe Plaintiffs' rights in the Infringed Composition.  Plaintiffs are entitled to preliminary and permanent injunctive relief to restrain and enjoin Defendants' continuing infringing conduct.

WHEREFORE, Plaintiffs pray for judgment against Defendants, and each of them, jointly and severally, as follows:

1.     For damages in such amount as may be found, or as otherwise permitted by law.

2.     For an accounting of, and the imposition of constructive trust with respect to, Defendants' profits attributable to their infringements of Plaintiffs' copyright in the Infringed Composition.

3.     For a preliminary and permanent injunction prohibiting Defendants, and their respective agents, servants, employees, officers, successors, licensees and assigns, and all persons acting in concert or participation with each or any of them, from continuing to infringe Plaintiffs' copyright in the Infringed Composition.

4.     For prejudgment interest according to law.

5.     For Plaintiffs' attorneys' fees, costs, and disbursements in this action.

Mitchell Silberberg &
Knupp LLP

6089.1/42943-00000

COMPLAINT FOR COPYRIGHT INFRINGEMENT

6.     For such other and further relief as the Court may deem just and proper.

RUSSELL J. FRACKMAN
CHRISTINE LEPERA
(*pro hac vice* motion forthcoming)
CHRISTINA E. DJORDJEVICH
MITCHELL SILBERBERG & KNUPP LLP

By: _Russell J. Frackman_____
    Russell J. Frackman
    Attorneys for Plaintiffs

Mitchell Silberberg &
Knupp LLP

6089.1/42943-00000

COMPLAINT FOR COPYRIGHT INFRINGEMENT

# **DEMAND FOR JURY TRIAL**

Plaintiffs demand a trial by jury.

Date: June 21, 2012     RUSSELL J. FRACKMAN
                        CHRISTINE LEPERA
                        (*pro hac vice* motion forthcoming)
                        CHRISTINA E. DJORDJEVICH
                        MITCHELL SILBERBERG & KNUPP LLP

                        By: _Russell J. Frackman_____
                            Russell J. Frackman
                            Attorneys for Plaintiffs

COMPLAINT FOR COPYRIGHT INFRINGEMENT

# EXHIBIT A

*-APPLICATION-*

## Title ——————————————————————————————————————

|  |  |
|---|---|
| Title of Work: | El Camino |
| Contents Titles: | Run Right Back |
|  | Dead And Gone |
|  | Money Maker |
|  | Mind Eraser |
|  | Nova Baby |
|  | Lonely Boy |
|  | Sister |
|  | Gold On The Ceiling |
|  | Stop Stop |
|  | Hell Of A Season |
|  | Little Black Submarines |

## Completion/Publication ——————————————————————

| Year of Completion: | 2011 |  |  |
|---|---|---|---|
| Date of 1st Publication: | December 6, 2011 | Nation of 1st Publication: | United States |

## Author ——————————————————————————————————

| Author: | Dan Auerbach |  |  |
|---|---|---|---|
| Author Created: | music, lyrics |  |  |
| Citizen of: | United States | Domiciled in: | United States |
| Author: | Patrick Carney |  |  |
| Author Created: | music, lyrics |  |  |
| Citizen of: | United States | Domiciled in: | United States |

Exhibit A
Page 10

|  | **Author:** | Brian Burton |
|---|---|---|
|  | **Author Created:** | music, lyrics |
|  | **Citizen of:** | United States |

**Domiciled in:** United States

## Copyright claimant

| **Copyright Claimant:** | McMoore McLesst Publishing |
|---|---|
|  | 24025 Park Sorrento, Suite 130, Calabasas, CA, 91302, Yemen |
| **Transfer Statement:** | By written agreement |
| **Copyright Claimant:** | Sweet Science |
|  | PO Box 340020, Nashville, TN, 37203, United States |
| **Transfer Statement:** | By written agreement |

## Certification

| **Name:** | Randall Wixen |
|---|---|
| **Date:** | December 9, 2011 |

Registration #:

Service Request #: 1-696593381

Priority: Routine

Application Date: December 9, 2011 11:01:59 AM

## Correspondent ———————————————————————

Organization Name: Wixen Music Publishing, Inc.

Name: Jennifer Suomi

Email: jsuomi@wixenmusic.com

Address: 24025 Park Sorrento
Suite 130
Calabasas, CA 91302 United States

## Mail Certificate ———————————————————————

Wixen Music Publishing, Inc.
Jennifer Suomi
24025 Park Sorrento
Suite 130
Calabasas, CA 91302 United States

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Otis D. Wright II and the assigned discovery Magistrate Judge is Jacqueline Chooljian.

The case number on all documents filed with the Court should read as follows:

## CV12- 5385 ODW (JCx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===============================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

Russell J. Frackman (SBN 49087) rjf@msk.com
Christine Lepera (pro hac vice motion forthcoming)
ctl@msk.com
Christina E. Djordjevich (SBN 262721) cyd@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Blvd.
Los Angeles, CA 90064-1683
Tel. (310) 312-2000;  Fax (310) 312-3100

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL AUERBACH and PATRICK CARNEY (collectively and professionally known as "THE BLACK KEYS"); THE BLACK KEYS PARTNERSHIP d/b/a MCMOORE MCLESST PUBLISHING; and BRIAN BURTON p/k/a DANGER MOUSE individually and d/b/a SWEET SCIENCE, <br><br> PLAINTIFF(S) | CASE NUMBER <br><br> CV12-05385 ODW (JCx) |
| v. | |
| PIZZA HUT, INC., a Delaware corporation; 30TH CENTURY MASTERS LLC, a Virginia limited liability company; THE MARTIN AGENCY, INC., a Virginia corporation; THE INTERPUBLIC GROUP OF COMPANIES, INC., a Delaware corporation; and DOES 1 – 10, inclusive, <br><br> DEFENDANT(S). | SUMMONS |

TO:     DEFENDANT(S):

A lawsuit has been filed against you.

Within     21     days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Russell J. Frackman, whose address is MITCHELL SILBERBERG & KNUPP, 11377 West Olympic Blvd., Los Angeles, California 90064-1683. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUN 2 1 2012

Dated: _____

Clerk, U.S. District Court

By: _____
    Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                                    SUMMONS


American LegalNet, Inc.
www.FormsWorkFlow.com

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| Daniel Auerbach;<br>Patrick Carney;<br>The Black Keys Partnership d/b/a McMoore McLesst Publishing;<br>Brian Burton p/k/a Danger Mouse individually and d/b/a Sweet Science | Pizza Hut, Inc.;<br>30th Century Masters LLC;<br>The Martin Agency, Inc.;<br>The Interpublic Group of Companies, Inc.; and<br>Does 1 – 10, inclusive |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Russell J. Frackman<br>Christine Lepera<br>Christina A. Djordjevich<br>Mitchell Silberberg & Knupp LLP<br>11377 W. Olympic Blvd., Los Angeles, CA 90064-1683<br>Tel. (310) 312-2000;  Fax (310) 312-3100 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No      ☒ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright infringement under 17 U.S.C. §§ 106 and 501 based on Defendants' unauthorized use of Plaintiffs' composition.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty<br>☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☒ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 61 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | **REAL PROPERTY** | ☐ 445 American with Disabilities – Employment | ☐ 640 R.R.& Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 210 Land Condemnation | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW 405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 220 Foreclosure | ☐ 446 American with Disabilities – Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 230 Rent Lease & Ejectment | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 240 Torts to Land | **IMMIGRATION** | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 245 Tort Product Liability | ☐ 462 Naturalization Application | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 290 All Other Real Property | ☐ 463 Habeas Corpus-Alien Detainee<br>☐ 465 Other Immigration Actions | | ☐ 871 IRS-Third Party 26 USC 7609 |

| FOR OFFICE USE ONLY:    Case Number: | |
|---|---|

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

American LegalNet, Inc.
www.FormsWorkflow.com

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Plaintiff Brian Burton resides in Los Angeles County | Plaintiff Daniel Auerbach resides in Tennessee<br>Plaintiff Patrick Carney resides in Tennessee<br>Plaintiff The Black Keys Partnership resides in Tennessee |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| All Defendants reside in Los Angeles County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Russell J. Frackman_     Date June 21, 2012

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

American LegalNet, Inc.
www.FormsWorkflow.com