1  RUSSELL J. FRACKMAN (SBN 49087)
   rjf@msk.com
2  CHRISTINE LEPERA (admitted *pro hac vice*)
   ctl@msk.com
3  CHRISTINA E. DJORDJEVICH (SBN 262721)
   cyd@msk.com
4  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
5  Los Angeles, CA 90064-1683
   Telephone:   (310) 312-2000
6  Facsimile:    (310) 312-3100

7  Attorneys for Plaintiffs

8

9              **UNITED STATES DISTRICT COURT**

10            **CENTRAL DISTRICT OF CALIFORNIA**

11 DANIEL AUERBACH and PATRICK          Case No. CV12-05385 ODW (JCx)
   CARNEY (collectively and professionally
12 known as "THE BLACK KEYS"); THE       **JOINT STIPULATION FOR
   BLACK KEYS PARTNERSHIP d/b/a          CONTINUANCE OF SCHEDULING
13 MCMOORE MCLESST PUBLISHING;           CONFERENCE SET FOR
   and BRIAN BURTON p/k/a DANGER         OCTOBER 29, 2012**
14 MOUSE individually and d/b/a SWEET
15 SCIENCE,                             Assigned to the Honorable Otis D.
                                        Wright
16          Plaintiffs,
                                        Hearing Date:   October 29, 2012
17      v.

18 PIZZA HUT, INC., a Delaware corporation;
   30TH CENTURY MASTERS LLC, a
19 Virginia limited liability company; THE
   MARTIN AGENCY, INC., a Virginia
20 corporation; THE INTERPUBLIC GROUP
   OF COMPANIES, INC., a Delaware
21 corporation; and DOES 1 - 10, inclusive,

22          Defendants.

23

24

25

26

27

28

STIPULATION FOR CONTINUANCE OF SCHEDULING CONFERENCE

4903631.1/44871-00002

## STIPULATION

Plaintiffs Daniel Auerbach, Patrick Carney (collectively and professionally known as "The Black Keys"), The Black Keys Partnership d/b/a McMoore McLesst Publishing, Brian Burton p/k/a Danger Mouse d/b/a Sweet Science (collectively "Plaintiffs") and Defendants Pizza Hut, Inc., 30th Century Masters LLC, The Martin Agency, Inc. and The Interpublic Group of Companies, Inc., by and through their respective counsel of record, hereby stipulate and agree as follows:

1.    The parties to this action have reached a settlement agreement in principle that will result in the voluntary dismissal of this action;

2.    The parties are currently in the process of documenting such settlement agreement, which will require the approval and signature of multiple parties;

3.    Accordingly, the parties have agreed, subject to the Court's approval, to continue the scheduling conference currently set for October 29, 2012 for thirty (30) days;

4.    The parties anticipate filing a Stipulation of Dismissal within four (4) weeks of the date hereof, but respectfully request that the Court maintain this action on its active docket while the parties are documenting their settlement agreement.

5.    There have been no prior requests for a continuance of the scheduling conference.

//
//
//
//
//
//
//
//

1

STIPULATION FOR CONTINUANCE OF SCHEDULING CONFERENCE

4903631.1/44871-00002

6.      All signatories listed below, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED:  October 12, 2012      RUSSELL J. FRACKMAN
CHRISTINE LEPERA
CHRISTINA E. DJORDJEVICH
**MITCHELL SILBERBERG & KNUPP LLP**


/s/Christina E. Djordjevich
CHRISTINA E. DJORDJEVICH
Attorneys for Plaintiffs


DATED:  October 12, 2012      MARCIA B. PAUL
SEAN M. SULLIVAN
**DAVIS WRIGHT TREMAINE LLP**


/s/ Sean M. Sullivan
SEAN M. SULLIVAN
Attorneys for Defendants

STIPULATION FOR CONTINUANCE OF SCHEDULING CONFERENCE

4903631.1/44871-00002