RUSSELL J. FRACKMAN (SBN 49087)
rjf@msk.com
CHRISTINE LEPERA (admitted *pro hac vice*)
ctl@msk.com
CHRISTINA E. DJORDJEVICH (SBN 262721)
cyd@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Telephone:  (310) 312-2000
Facsimile:  (310) 312-3100

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL AUERBACH and PATRICK CARNEY (collectively and professionally known as "THE BLACK KEYS"); THE BLACK KEYS PARTNERSHIP d/b/a MCMOORE MCLESST PUBLISHING; and BRIAN BURTON p/k/a DANGER MOUSE individually and d/b/a SWEET SCIENCE,<br><br>Plaintiffs,<br><br>v.<br><br>PIZZA HUT, INC., a Delaware corporation; 30TH CENTURY MASTERS LLC, a Virginia limited liability company; THE MARTIN AGENCY, INC., a Virginia corporation; THE INTERPUBLIC GROUP OF COMPANIES, INC., a Delaware corporation; and DOES 1 - 10, inclusive,<br><br>Defendants. | Case No. CV12-05385 ODW (JCx)<br><br>**JOINT STIPULATION FOR CONTINUANCE OF SCHEDULING CONFERENCE SET FOR OCTOBER 29, 2012**<br><br>Assigned to the Honorable Otis D. Wright<br><br>Hearing Date:   October 29, 2012 |

**STIPULATION**

Plaintiffs Daniel Auerbach, Patrick Carney (collectively and professionally known as "The Black Keys"), The Black Keys Partnership d/b/a McMoore McLesst Publishing, Brian Burton p/k/a Danger Mouse d/b/a Sweet Science (collectively "Plaintiffs") and Defendants Pizza Hut, Inc., 30th Century Masters LLC, The Martin Agency, Inc. and The Interpublic Group of Companies, Inc., by and through their respective counsel of record, hereby stipulate and agree as follows:

1.      The parties to this action have reached a settlement agreement in principle that will result in the voluntary dismissal of this action;

2.      The parties are currently in the process of documenting such settlement agreement, which will require the approval and signature of multiple parties;

3.      Accordingly, the parties have agreed, subject to the Court's approval, to continue the scheduling conference currently set for October 29, 2012 for thirty (30) days;

4.      The parties anticipate filing a Stipulation of Dismissal within four (4) weeks of the date hereof, but respectfully request that the Court maintain this action on its active docket while the parties are documenting their settlement agreement.

5.      There have been no prior requests for a continuance of the scheduling conference.

//
//
//
//
//
//
//
//

STIPULATION FOR CONTINUANCE OF SCHEDULING CONFERENCE

4903631.1 / 44871-00002

1      6.    All signatories listed below, and on whose behalf the filing is submitted,

2  concur in this filing's content and have authorized this filing.

3

4  DATED:  October 12, 2012      RUSSELL J. FRACKMAN

5                                   CHRISTINE LEPERA
                                   CHRISTINA E. DJORDJEVICH

6                                   **MITCHELL SILBERBERG & KNUPP LLP**

7

8                                   /s/Christina E. Djordjevich
                                   CHRISTINA E. DJORDJEVICH

9                                   Attorneys for Plaintiffs

10  DATED:  October 12, 2012      MARCIA B. PAUL

11                                   SEAN M. SULLIVAN
                                   **DAVIS WRIGHT TREMAINE LLP**

12

13                                   /s/ Sean M. Sullivan

14                                   SEAN M. SULLIVAN
                                   Attorneys for Defendants

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR CONTINUANCE OF SCHEDULING CONFERENCE

4903631.1/44871-00002