1  RUSSELL J. FRACKMAN (SBN 49087)
   rjf@msk.com
2  CHRISTINE LEPERA (admitted *pro hac vice*)
   ctl@msk.com
3  CHRISTINA E. DJORDJEVICH (SBN 262721)
   cyd@msk.com
4  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
5  Los Angeles, CA 90064-1683
   Telephone:  (310) 312-2000
6  Facsimile:  (310) 312-3100

7  Attorneys for Plaintiffs

8

9              UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL AUERBACH and PATRICK CARNEY (collectively and professionally known as "THE BLACK KEYS"); THE BLACK KEYS PARTNERSHIP d/b/a MCMOORE MCLESST PUBLISHING; and BRIAN BURTON p/k/a DANGER MOUSE, individually, and d/b/a SWEET SCIENCE,<br><br>           Plaintiffs,<br>     v.<br><br>PIZZA HUT, INC., a Delaware corporation; 30TH CENTURY MASTERS LLC, a Virginia limited liability company; THE MARTIN AGENCY, INC., a Virginia corporation; THE INTERPUBLIC GROUP OF COMPANIES, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>           Defendants. | CASE NO. 2:12-CV-05385 ODW (JCx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR CONTINUANCE OF SCHEDULING CONFERENCE SET FOR OCTOBER 29, 2012** |

1  IT IS HEREBY ORDERED that the scheduling conference in this action
2  currently scheduled for October 29, 2012, is continued for thirty (30) days.

Dated: _____          _____
                                 United States District Judge