UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL AUERBACH and PATRICK CARNEY (collectively and professionally known as "THE BLACK KEYS"); THE BLACK KEYS PARTNERSHIP d/b/a MCMOORE MCLESST PUBLISHING; and BRIAN BURTON p/k/a DANGER MOUSE, individually, and d/b/a SWEET SCIENCE,<br><br>        Plaintiffs,<br>  v.<br><br>PIZZA HUT, INC., a Delaware corporation; 30TH CENTURY MASTERS LLC, a Virginia limited liability company; THE MARTIN AGENCY, INC., a Virginia corporation; THE INTERPUBLIC GROUP OF COMPANIES, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>        Defendants. | CASE NO. 2:12-CV-05385 ODW (JCx)<br><br>**ORDER GRANTING STIPULATION FOR CONTINUANCE OF SCHEDULING CONFERENCE SET FOR OCTOBER 29, 2012** |

1     IT IS HEREBY ORDERED that the scheduling conference in this action
2  currently scheduled for October 29, 2012, is continued to November 26, 2012.

5  Dated: October 15, 2012         _____
                                    Otis D. Wright, II
6                                   United States District Judge

2
**ORDER GRANTING CONTINUANCE OF SCHEDULING CONFERENCE**

4758644.1