SEAN M. SULLIVAN (State Bar No. 229104)
    seansullivan@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa St.
Suite 2400
Los Angeles, California 90017-2566
Telephone (213) 633-6800
Fax (213) 633-6899

MARCIA B. PAUL (*admitted pro hac vice*)
    marciapaul@dwt.com
DAVIS WRIGHT TREMAINE LLP
1633 Broadway, 27th Floor
New York, New York 10019-6708
Telephone: (212) 489-8230
Fax: (212) 489-8340

Attorneys for Defendants
PIZZA HUT, INC., 30TH CENTURY MASTERS
LLC, THE MARTIN AGENCY, INC. and THE
INTERPUBLIC GROUP OF COMPANIES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL AUERBACH and PATRICK CARNEY (collectively and professionally known as "THE BLACK KEYS"); THE BLACK KEYS PARTNERSHIP d/b/a MCMOORE MCLESST PUBLISHING; and BRIAN BURTON p/k/a DANGER MOUSE individually and d/b/a SWEET SCIENCE,<br><br>Plaintiffs,<br><br>vs.<br><br>PIZZA HUT, INC., a Delaware corporation; 30TH CENTURY MASTERS LLC, a Virginia limited liability company; THE MARTIN AGENCY, INC., a Virginia corporation; THE INTERPUBLIC GROUP OF COMPANIES, INC., a Delaware corporation; and DOES 1 - 10, inclusive,<br><br>Defendants. | Case No. **CV12-05385 ODW (JCx)**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR CONTINUANCE OF SCHEDULING CONFERENCE SET FOR NOVEMBER 26, 2012**<br><br>Assigned to the Honorable Otis D. Wright<br><br>Scheduling Conference Date: November 26, 2012<br>Time: 1:30 p.m.<br><br>Proposed Hearing Date:  December 12, 2012<br>Time:  1:30 p.m.<br><br>Action Filed:  June 21, 2012 |

1    IT IS HEREBY ORDERED that the Scheduling Conference in this action

2  currently scheduled for November 26, 2012, is continued to December 12, 2012.

3

4

5

6

7  DATED: _____        _____

8                                             United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST. SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899