| | |
|---|---|
| 1 | SEAN M. SULLIVAN (State Bar No. 229104) |
| | seansullivan@dwt.com |
| 2 | DAVIS WRIGHT TREMAINE LLP |
| | 865 S. Figueroa St. |
| 3 | Suite 2400 |
| | Los Angeles, California 90017-2566 |
| 4 | Telephone (213) 633-6800 |
| | Fax (213) 633-6899 |
| 5 | |
| 6 | MARCIA B. PAUL (*admitted pro hac vice*) |
| | marciapaul@dwt.com |
| 7 | DAVIS WRIGHT TREMAINE LLP |
| | 1633 Broadway, 27th Floor |
| 8 | New York, New York 10019-6708 |
| | Telephone: (212) 489-8230 |
| 9 | Fax: (212) 489-8340 |

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

Attorneys for Defendants
PIZZA HUT, INC., 30TH CENTURY MASTERS LLC, THE MARTIN AGENCY, INC. and THE INTERPUBLIC GROUP OF COMPANIES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL AUERBACH and PATRICK CARNEY (collectively and professionally known as "THE BLACK KEYS"); THE BLACK KEYS PARTNERSHIP d/b/a MCMOORE MCLESST PUBLISHING; and BRIAN BURTON p/k/a DANGER MOUSE individually and d/b/a SWEET SCIENCE,<br><br>Plaintiffs,<br><br>vs.<br><br>PIZZA HUT, INC., a Delaware corporation; 30TH CENTURY MASTERS LLC, a Virginia limited liability company; THE MARTIN AGENCY, INC., a Virginia corporation; THE INTERPUBLIC GROUP OF COMPANIES, INC., a Delaware corporation; and DOES 1 - 10, inclusive,<br><br>Defendants. | Case No. **CV12-05385- ODW (JCx)**<br><br>**ORDER GRANTING JOINT STIPULATION FOR CONTINUANCE OF SCHEDULING CONFERENCE SET FOR NOVEMBER 26, 2012**<br><br>Assigned to the Honorable Otis D. Wright<br><br>Scheduling Conference Date: November 26, 2012<br>Time: 1:30 p.m.<br><br>Proposed Hearing Date: December 10, 2012<br>Time: 1:30 p.m.<br><br>Action Filed: June 21, 2012 |

[PROPOSED] ORDER GRANTING JOINT STIP. TO CONTINUE SCHED. CONF.
DWT 20641920v1 0064285-000077

1  IT IS HEREBY ORDERED that the Scheduling Conference in this action
2  currently scheduled for November 26, 2012, is continued to December 10, 2012.

DATED: November 13, 2012        _____
                                United States District Judge

1

[PROPOSED] ORDER GRANTING JOINT STIP. TO CONTINUE SCHED. CONF.
DWT 20641920v1 0064285-000077

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899