1  RUSSELL J. FRACKMAN (SBN 49087)
   rjf@msk.com
2  CHRISTINE LEPERA (admitted *pro hac vice*)
   ctl@msk.com
3  CHRISTINA DJORDJEVICH (SBN 262721)
   cyd@msk.com
4  MITCHELL SILBERBERG & KNUPP LLP
   11377 West Olympic Boulevard
5  Los Angeles, CA 90064-1683
   Telephone: (310) 312-2000
6  Facsimile: (310) 312-3100

7  Attorneys for Plaintiffs

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

| 12 | DANIEL AUERBACH and PATRICK CARNEY (collectively and professionally known as "THE BLACK KEYS"); THE BLACK KEYS PARTNERSHIP d/b/a MCMOORE MCLESST PUBLISHING; and BRIAN BURTON p/k/a DANGER MOUSE, individually, and d/b/a SWEET SCIENCE, | CASE NO. 2:12-CV-05385 ODW (JCx) |
|---|---|---|
| | Plaintiffs, | [PROPOSED] ORDER VACATING SCHEDULING CONFERENCE SET FOR DECEMBER 10, 2012 |
| | v. | Assigned to the Honorable Otis D. Wright |
| | PIZZA HUT, INC., a Delaware corporation; 30TH CENTURY MASTERS LLC, a Virginia limited liability company; THE MARTIN AGENCY, INC., a Virginia corporation; THE INTERPUBLIC GROUP OF COMPANIES, INC., a Delaware corporation; and DOES 1 - 10, inclusive, | Scheduling Conference Date: December 10, 2012 Time: 1:30 pm |
| | | Proposed Hearing Date: January 7, 2013 Time: 1:30 pm |
| | | Action Filed: June 21, 2012 |
| | Defendants. | |

1  IT IS HEREBY ORDERED that the Scheduling Conference in this action
2  currently scheduled for December 10, 2012 is vacated.  The Court hereby orders the
3  parties to show cause why settlement has not been finalized, and sets a hearing on
4  such Order To Show Cause for Monday, January 7, 2013 at 1:30 pm.  The OSC
5  hearing will be vacated upon the filing of a stipulation and proposed order of
6  dismissal.

DATED: _____        _____
                                                                United States District Judge