RUSSELL J. FRACKMAN (State Bar No. 49087)
rjf@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Boulevard
Los Angeles, CA 90064
Telephone: (310) 312-2000
Fax: (310) 312-3100

CHRISTINE LEPERA (*admitted pro hac vice*)
ctl@msk.com
CHRISTINA E. DJORDJEVICH (State Bar No. 262721)
cyd@msk.com
MITCHELL SILBERBERG & KNUPP LLP
12 East 49th Street, 30th Floor
New York, NY 10017
Telephone: (212) 509-3900
Fax: (212) 509-7239

Attorneys for Plaintiffs

SEAN M. SULLIVAN (State Bar No. 229104)
seansullivan@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa St.
Suite 2400
Los Angeles, California 90017-2566
Telephone (213) 633-6800
Fax (213) 633-6899

MARCIA B. PAUL (*admitted pro hac vice*)
marciapaul@dwt.com
DAVIS WRIGHT TREMAINE LLP
1633 Broadway, 27th Floor
New York, New York 10019-6708
Telephone: (212) 489-8230
Fax: (212) 489-8340

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL AUERBACH and PATRICK CARNEY (collectively and professionally known as "THE BLACK KEYS"); THE BLACK KEYS PARTNERSHIP d/b/a MCMOORE MCLESST PUBLISHING; and BRIAN BURTON p/k/a DANGER MOUSE individually and d/b/a SWEET SCIENCE,<br><br>Plaintiffs,<br><br>vs.<br><br>PIZZA HUT, INC., a Delaware corporation; 30TH CENTURY MASTERS LLC, a Virginia limited liability company; THE MARTIN AGENCY, INC., a Virginia corporation; THE INTERPUBLIC GROUP OF COMPANIES, INC., a Delaware corporation; and DOES 1 - 10, inclusive,<br><br>Defendants. | Case No. **CV12-05385 ODW (JCx)**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Assigned to the Hon. Otis D. Wright II<br>Crtrm. 11<br><br>Action Filed: June 21, 2012 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and among the undersigned counsel for plaintiffs Daniel Auerbach and Patrick Carney (collectively, "The Black Keys"), The Black Keys Partnership d/b/a McMoore McLesst Publishing, and Brian Burton p/k/a Danger Mouse d/b/a Sweet Science, and the undersigned counsel for defendants Pizza Hut, Inc., 30th Century Masters LLC, The Martin Agency, Inc., and The Interpublic Group of Companies, Inc., that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this action is hereby dismissed with prejudice, without costs or attorneys' fees against any party.

DATED: December 11, 2012

**DAVIS WRIGHT TREMAINE LLP**
SEAN M. SULLIVAN
MARCIA B. PAUL

By: _____
Sean M. Sullivan
Attorneys for Defendants

**MITCHELL SILBERBERG & KNUPP LLP**

RUSSELL J. FRACKMAN
CHRISTINE LEPERA
CHRISTINA E. DJORDJEVICH

By: _____
Christina E. Djordjevich
Attorneys for Plaintiffs

STIPULATION OF DISMISSAL
4991147.1/44871-00002
DWT 20765032v1 0064285-000077

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899