# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL AUERBACH and PATRICK CARNEY (collectively and professionally known as "THE BLACK KEYS"); THE BLACK KEYS PARTNERSHIP d/b/a MCMOORE MCLESST PUBLISHING; and BRIAN BURTON p/k/a DANGER MOUSE individually and d/b/a SWEET SCIENCE,<br>　　　　　Plaintiffs,<br>　　v.<br>PIZZA HUT, INC., a Delaware corporation; 30TH CENTURY MASTERS LLC, a Virginia limited liability company; THE MARTIN AGENCY, INC., a Virginia corporation; THE INTERPUBLIC GROUP OF COMPANIES, INC., a Delaware corporation; and DOES 1-10, inclusive,<br>　　　　　Defendants. | CASE NO. CV12-05385 ODW (JCX)<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Assigned to the Hon. Otis D. Wright II<br>Crtrm. 11<br><br>Action Filed: June 21, 2012 |

1

1  After consideration of the parties' Stipulation of Dismissal with Prejudice,
2  and good cause having been shown,
3      IT IS ORDERED that this action is dismissed with prejudice, without costs
4  or attorneys' fees against any party.

7  DATED: _____     _____
                                                            Honorable Otis D. Wright II
8                                                               United States District Judge

2

**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**