◎ AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559<br><br>**CV12-05385** | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court, Central District of California<br>312 North Spring Street, Los Angeles, CA 90012-4701 | |
|---|---|---|
| DOCKET NO. | DATE FILED<br>6/20/2012 | |
| PLAINTIFF<br>DANIEL AUERBACH and PATRICK CARNEY; THE BLACK KEYS PARTNERSHIP d/b/a MCMOORE MCLESST PUBLISHING; and BRIAN BURTON | DEFENDANT<br>PIZZA HUT, INC.; 30TH CENTURY MASTERS LLC; THE MARTIN AGENCY, INC.; THE INTERPUBLIC GROUP OF COMPANIEs, INC.; and DOES 1-10, inclusive | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 Application filed | Gold On The Ceiling | Dan Auerbach; Patrick Carney; and |
| 2 | | Brian Burton |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☑ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED<br>12/14/2012 |
|---|---|---|
| CLERK<br>Terry Nafisi | (BY) DEPUTY CLERK<br>Joseph Remigio | DATE<br>12/14/2012 |

**ORIGINAL**

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL AUERBACH and PATRICK CARNEY (collectively and professionally known as "THE BLACK KEYS"); THE BLACK KEYS PARTNERSHIP d/b/a MCMOORE MCLESST PUBLISHING; and BRIAN BURTON p/k/a DANGER MOUSE individually and d/b/a SWEET SCIENCE,<br>            Plaintiffs,<br>    v.<br>PIZZA HUT, INC., a Delaware corporation; 30TH CENTURY MASTERS LLC, a Virginia limited liability company; THE MARTIN AGENCY, INC., a Virginia corporation; THE INTERPUBLIC GROUP OF COMPANIES, INC., a Delaware corporation; and DOES 1-10, inclusive,<br>            Defendants. | CASE NO. CV12-05385 ODW (JCX)<br><br>**[PROPOSED]** ORDER DISMISSING ACTION WITH PREJUDICE<br><br>Assigned to the Hon. Otis D. Wright II<br>Crtrm. 11<br><br>Action Filed: June 21, 2012 |

1

**[PROPOSED]** ORDER DISMISSING ACTION WITH PREJUDICE

1 | After consideration of the parties' Stipulation of Dismissal with Prejudice,
2 | and good cause having been shown,
3 |     IT IS ORDERED that this action is dismissed with prejudice, without costs
4 | or attorneys' fees against any party.

DATED:  December 14, 2012

_____
Honorable Otis D. Wright II
United States District Judge

2

[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE